UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

FILED

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

2006 APR 19  P 2:52  LINDA L. KONOFSKY
DEPUTY-IN-CHARGE
HARTFORD

DISTRICT COURT
HARTFORD, CT

April 17, 2006

Michelle Claire Laubin
Berchem, Moses & Devlin, P.C.
75 Broad St.
Milford, CT 06460
203-783-1200

Re: Case Name: KK V. TRUMBULL BD OF ED
Number: 3:02CV10439(AVC)

Dear Attorney:

As the above matter has been disposed of in this court 4/2/2003.

The administrative record is too bulky to send through the mail.

Please pick record between the hours of 9:00 A.M. and 4:00 P.M.

If it is not picked up by April 28, 2006, the administrative record will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
FIDELIS BASILE
Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: 4-19-06
Matt Jablon